■ In the Matter of RICARDO RAMIREZ, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [37 NYS3d 465]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding to challenge a modified determination finding him guilty of violating a prison disciplinary rule. The Attorney General has advised this Court that the determination has now been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge has been refunded to petitioner's inmate account. In view of this, the petition must be dismissed as moot (*see Matter of Robinson v Prack*, 137 AD3d 1452, 1452 [2016]; *Matter of Roye v Annucci*, 137 AD3d 1392, 1393 [2016]). Although petitioner seeks to be restored to the status that he enjoyed prior to the disciplinary determination, he is not entitled to such relief (*see Matter of Khudan v Annucci*, 139 AD3d 1198, 1198 [2016]; *Matter of Corrieri v Annucci*, 137 AD3d 1407, 1408 [2016]). He is, however, entitled to the restoration of any good time lost as part of the penalty imposed by the modified determination (*see Matter of Clark v New York State Dept. of Corr. & Community Supervision*, 138 AD3d 1331, 1332 [2016]; *Matter of Corrieri v Annucci*, 137 AD3d at 1408).

Peters, P.J., McCarthy, Devine, Clark and Mulvey, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.